UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Lesly M., <br><br> Petitioner, <br><br> v. <br><br> Pamela Bondi, Attorney General; Kristi Noem, Secretary of Homeland Security; Todd M. Lyons, Acting Director of U.S. Immigration & Customs Enforcement; Peter Berg, Field Office Director for Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; U.S. Department of Homeland Security; Sirce Owen, Acting Director of Executive Office of Immigration Review; Executive Office of Immigration Review; and John Doe, Local Detention Authority, <br><br> Respondents. | Civ. No. 26-237 (PAM/JFD) <br><br><br> **ORDER** |

---

**IT IS HEREBY ORDERED that:**

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner by no later than January 15, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits, including documentation of any criminal record, as are needed to establish the lawfulness and correct duration

      of Petitioner's detention in light of the issues raised in the habeas petition;

  b.    A reasoned memorandum of law and fact explaining whether Petitioner has been granted a bond hearing and Respondents' legal position on Petitioner's claims; and

  c.    Respondents' recommendation on whether an evidentiary hearing should be conducted.

3.    If Petitioner intends to file a reply to Respondents' answer, Petitioner must do so by January 20, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: <u>January 13, 2026</u>                                           *s/ Paul A. Magnuson*
                                                                                  Paul A. Magnuson
                                                                                   United States District Court Judge