UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lesly M., | Civ. No. 26-237 (PAM/JFD) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, Attorney General; Kristi Noem, Secretary of Homeland Security; Todd M. Lyons, Acting Director of U.S. Immigration & Customs Enforcement; Peter Berg, Field Office Director for Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; U.S. Department of Homeland Security; Sirce Owen, Acting Director of Executive Office of Immigration Review; Executive Office of Immigration Review; and John Doe, Local Detention Authority, | |
| Respondents. | |

This matter is before the Court on an email request from Respondents to extend the briefing schedule in this matter by one day. Respondents request an extension to sufficiently brief a jurisdictional issue. Petitioner opposes the request. The Court finds that an extension is warranted and grants Respondents' request.

Accordingly, **IT IS HEREBY ORDERED that:**

1. The Court **GRANTS** Respondents' request; and

2. The briefing schedule set forth in the Order to Answer (Docket No. 3) is amended only in the respect that Respondents' answer is due on **January 16, 2026**, and if Petitioner wishes to file any reply, she may do so by **January 21, 2026**.

Dated: <u>January 15, 2026</u>

<u>s/ Paul A. Magnuson</u>
Paul A. Magnuson
United States District Court Judge