# UNITED STATES DISTRICT COURT
## District of Minnesota

Lesly Jackeline Mancia Maldonado,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, Peter Berg, U.S. Immigration & Customs Enforcement, U.S. Department of Homeland Security, Sirce Owen, Executive Office of Immigration Review, John Doe,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-237 (NEB/DLM)

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED. The Court:

   a. DECLARES that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary authority of 8 U.S.C. § 1226;

   b. ORDERS that Respondents immediately return Petitioner to Minnesota;

   c. ORDERS that Respondents release Petitioner from custody in Minnesota as soon as practicable with coordination or at least two hours' advance notice to counsel, but not later than 24 hours after entry of this Order; and

   d. ORDERS that, within **two days** of release, the Respondents shall file notice on the

docket confirming that release within Minnesota has occurred.

Date: 1/27/2026

KATE M. FOGARTY, CLERK